# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **WESLEY SINCLAIR RICKS** | **CIVIL ACTION NO. 23-0152** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's remaining Motions [Doc. Nos. 6, 9, 10, 11] are **DENIED as moot**.

MONROE, LOUISIANA, this 22nd day of March 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE